# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORIGA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 5:14-CR-70 (MTT)** |
| v. : | |
| **ANTONIO NARVAEZ** : | |

## ORDER TO DISMISS INDICTMENT AS TO ANTONIO NARVAEZ

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Antonio Narvaez. The Government has indicated that the Defendant's whereabouts are unknown at this time.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the indictment against Defendant Antonio Narvaez is DISMISSED WITHOUT PREJUDICE

**SO ORDERED**, this 9th day of August, 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT